Matter of Brandford v Prus (2023 NY Slip Op 05129)

Matter of Brandford v Prus

2023 NY Slip Op 05129

Decided on October 11, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 11, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
DEBORAH A. DOWLING
BARRY E. WARHIT
LAURENCE L. LOVE, JJ.

2023-06009

[*1]In the Matter of Sherwin Brandford, petitioner,
v
Eric I. Prus, etc., respondent.

Sherwin Brandford, Brooklyn, NY, petitioner pro se.
Letitia James, Attorney General, New York, NY (Michael A. Berg of counsel), for respondent.

DECISION & JUDGMENT
Proceeding pursuant to CPLR article 78 in the nature of mandamus to compel the respondent, Eric I. Prus, a Justice of the Supreme Court, Kings County, to issue a written order determining the petitioner's motion to recuse the respondent from presiding over a matrimonial action entitled Brandford v Brandford , pending in that court under Index No. 55091/17, by so-ordering the transcript of the proceedings in that action dated March 23, 2023.
ADJUDGED that the petition is denied as academic and the proceeding is dismissed, without costs or disbursements.
On July 28, 2023, the respondent so-ordered the transcript of the subject proceedings. Accordingly, this proceeding is academic.
BRATHWAITE NELSON, J.P., DOWLING, WARHIT and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court